JS-6

# United States District Court
## Central District of California

LAWRENCE SHAW,

    Plaintiff,

v.

CAPITAL ONE BANK USA, NA,

    Defendants.

Case No. CV 20-05339-VAP (GJSx)

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: November 4, 2020

VIRGINIA A. PHILLIPS
United States District Judge

1