Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Lawrence Shaw

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

LAWRENCE SHAW,

Plaintiff,

vs.

CAPITAL ONE BANK (USA), N.A.
Defendant.

Case No.: 2:20-cv-05339-VAP-GJS

**ORDER**

**ORDER**

Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 6, 2020

Virginia A. Phillips

Hon. Virginia A. Phillips
UNITED STATES DISTRICT JUDGE